154 A.3d 697

NEW JERSEY DIVISION OF CHILD PROTECTION AND PERMANENCY, PLAINTIFF-RESPONDENT, v. M.L., DEFENDANT, AND R.C., DEFENDANT-PETITIONER. IN THE MATTER OF I.C. AND N.L., MINORS-RESPONDENTS.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-870/2872-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.